IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMERX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-321-MN |
| | ) |
| ATAI LIFE SCIENCES, AG and ATAI THERAPEUTICS, INC. (F/K/A DEMERX IB, INC.), | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.7, the undersigned counsel hereby notifies the Court that Lesley F. Wolf of Ballard Spahr LLP withdraws her appearance on behalf of Plaintiff DemeRx, Inc. ("Plaintiff") in the above-captioned action.

The undersigned counsel, Elizabeth S. Fenton, formerly of the law firm of Ballard Spahr LLP, has changed firms, and will continue to represent Plaintiff. Effective immediately, Elizabeth S. Fenton, Esquire should be served at Barnes & Thornburg LLP, as indicated below:

> Elizabeth S. Fenton
> 222 Delaware Avenue, Suite 1200
> Wilmington, DE 19801-1058
> Telephone: (302) 267-1515
> Facsimile: (302) 300-3456
> Email: efenton@btlaw.com

Dated: May 9, 2025

| Ballard Spahr LLP | BARNES & THORNBURG LLP |
|---|---|
| /s/ Lesley F. Wolf | /s/ Elizabeth S. Fenton |
| Lesley F. Wolf (No. 7348) | Elizabeth S. Fenton (No. 5563) |
| 919 N. Market Street, 11th Floor | 222 Delaware Avenue, Suite 1200 |
| Wilmington, DE 19801-3034 | Wilmington, DE 19801-1058 |
| Telephone: (302) 252-4465 | Telephone: (302) 267-1515 |
| Facsimile: (302) 252-4466 | Facsimile: (302) 300-3456 |
| Email: WolfL@ballardspahr.com | Email: efenton@btlaw.com |
| *Withdrawing Counsel* | *Counsel for Plaintiff* |