# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMERX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 25-321-SB |
| v. | ) |
| | ) |
| ATAI LIFE SCIENCES, AG and ATAI THERAPEUTICS, INC. (F/K/A DEMERX IB, INC.), | ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the Court permitted Plaintiff DemeRx, Inc. ("Plaintiff") to file its Third Amended Complaint by 12:00 P.M. E.T. on October 6, 2025 (D.I. 49);

WHEREAS, lead counsel for Plaintiff, Matthew S. Blum ("Mr. Blum"), was hospitalized on Wednesday, October 1, 2025 because of COVID;

WHEREAS, as a result of Mr. Blum's hospitalization from COVID, Plaintiff seeks an additional five hours to file its Third Amended Complaint by 5:00 P.M. E.T. on October 6, 2025;

WHEREAS, Defendants ATAI Life Sciences, AG and ATAI Therapeutics, Inc. (f/k/a DemeRx IB, Inc.) ("Defendants") have advised Plaintiff that they do not oppose this motion.

WHEREAS, Plaintiff seeks an additional five hours to file its Third Amended Complaint, to be filed by 5:00 P.M. E.T. on October 6, 2025;

IT IS THEREFORE HEREBY ORDERED that the time within which Plaintiff may file its Third Amended Complaint is extended from 12:00 P.M. E.T., October 6, 2025 through and including 5:00 P.M E.T., October 6, 2025.

Dated: October 6, 2025

| | |
|---|---|
| Matthew S. Blum<br>ROSENBERG & ESTIS, P.C.<br>733 Third Avenue<br>New York, NY 10017<br>(212) 551-9459<br>mblum@rosenbergestis.com<br><br>*Attorneys for Plaintiff* | BAYARD, P.A.<br><br>*/s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com |

SO ORDERED, this _____ day of October, 2025.

_____
UNITED STATES CIRCUIT JUDGE